AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

SERVED

MELINDA RAMIREZ )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:18-cv-07155-NC
)
JPL RECOVERY SOLUTIONS, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JPL Recovery Solutions, LLC
c/o Corporation Service Company d/b/a CSC- Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas M. Wajda
Wajda Law Group, APC
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 11/27/2018         *Susie F. Barrera*
                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-07155-NC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   JPL Recovery Solutions, LLC

was received by me on *(date)*   11/28/2018   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Becky DeGeorge   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Registered Agent, Corporation
Service Company   on *(date)*   11/28/2018   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   12/04/2018

*Server's signature*

Jenice Rossner,  Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED:
Summons in a Civil Action;
Compalint for Damages
Order Setting Initial Case Management Connference and ADR Deadlines
Consenting to the Jurisdiction of a Magistrate Judge booklet